**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

USA  District of  USA         ▼

Case number (If known): 25-03002-WA         Chapter 11

☑ Check if this is an amended filing

Official Form 105

# Involuntary Petition Against an Individual                    12/15

Use this form to begin a bankruptcy case against an individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against a Non-individual* (Official Form 205). Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:
   ☑ Chapter 7
   ☐ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's full name**

   VICTOR
   First name

   _____
   Middle name

   SIGOURA
   Last name

   _____
   Suffix (Sr., Jr., II, III)

   FILED
   JUL 17 2025
   TIMOTHY McGRATH, CLERK
   BY_____ DEP CLERK

3. **Other names you know the debtor has used in the last 8 years**

   V S , VIKTOR SEGOURA .

   Include any assumed, married, maiden, or trade names, or *doing business as* names.

4. **Only the last 4 digits of debtor's Social Security Number or federal Individual Taxpayer Identification Number (ITIN)**

   ☑ Unknown

   XXX – XX – ___ ___ ___ ___    OR    9 XX – XX – ___ ___ ___ ___

5. **Any Employer Identification Numbers (EINs) used in the last 8 years**

   ☐ Unknown

   8 1 -3 5 6 9 4 6 1
   EIN

   8 0 -0 5 8 2 1 1 7
   EIN

Official Form 105                    Involuntary Petition Against an Individual                    page 1

Debtor  VICTOR SEGOURA    Case number (if known) 25-03002-WA

**6. Debtor's address**

**Principal residence**

660 MADISON AVE
Number    Street

FL 14

NEW YORK    NY    10065
City    State    ZIP Code

ERIE
County

**Principal place of business**

1270 AVENUE OF THE AMERICAS
Number    Street

SUITE 910

NEW YORK    NY    10020
City    State    ZIP Code

NEW YORK
County

**Mailing address, if different from residence**

65 SIDNEY ST
Number    Street

BUFFALO    NY    14211
City    State    ZIP Code

**7. Type of business**

☐ Debtor does not operate a business

*Check one if the debtor operates a business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☑ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**8. Type of debt**

**Each petitioner believes:**

☐ **Debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ **Debts are primarily business debts.** *Business debts* are debts that were incurred to obtain money for a business or investment or through the operation of the business or investment.

**9. Do you know of any bankruptcy cases pending by or against any partner, spouse, or affiliate of this debtor?**

☐ No
☑ Yes. Debtor THE CASCO FOUNDATION    Relationship LEGAL
District USA    Date filed 07/01/2014    Case number, if known n/a
    MM / DD / YYYY

Debtor ATEM FARMS    Relationship LEGAL
District USA    Date filed 07/01/2025    Case number, if known n/a
    MM / DD / YYYY

Official Form 105    Involuntary Petition Against an Individual    page **2**

Debtor    **VICTOR S▊GOURA**    Case number (if known) 25-03002-WA

## Part 3:    Report About the Case

**10. Venue**

Reason for filing in this court.

Check one:

☐ Over the last 180 days before the filing of this bankruptcy, the debtor has resided, had the principal place of business, or had principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

☑ Other reason. Explain. (See 28 U.S.C. § 1408.) LEGAL .

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☐ The debtor is generally not paying such debtor's debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☑ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☐ No

☑ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| ROBERT W JOHNSON | CLAIMANT. | $37,400,000.00 |
| WILLIE JOHNSON | CLAIMANT. | $37,400,000.00 |
| ATEM FARMS | CLAIMANT. | $37,400,000.00 |
|  | Total | $52,200,000.00 |

If more than 3 petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's (or representative's) signature under the statement, along with the signature of the petitioner's attorney, and the information on the petitioning creditor, the petitioner's claim, the petitioner's representative, and the attorney following the format on this form.

Debtor  VICTOR SIGOURA                                 Case number (if known) 25-03002-WA

## Part 4: Request for Relief

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct. Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

**Petitioners or Petitioners' Representative**

X _____
Signature of petitioner or representative, including representative's title

VICTOR SIGOURA
Printed name of petitioner

Date signed  07/01/2025
             MM / DD / YYYY

Mailing address of petitioner
660 MADISON AVE
Number   Street

NEW YORK           NY        10065
City               State     ZIP Code

If petitioner is an individual and is not represented by an attorney:
Contact phone  _____
Email          _____

Name and mailing address of petitioner's representative, if any

WILLIE JOHNSON
Name

65 SIDNEY ST
Number   Street

BUFFALO            NY        14211
City               State     ZIP Code

**Attorneys**

X _____
Signature of attorney

ROBERT W JOHNSON
Printed name

ROBERT W JOHNSON ESQ
Firm name, if any

65 SIDNEY ST
Number   Street

BUFFALO            NY        14211
City               State     ZIP Code

Date signed  07/01/2025
             MM / DD / YYYY

Contact phone 7167402633    Email atemllc2023@gmail.com

Debtor  VICTOR SEGOURA                              Case number (if known) 25-03002-WA

✗ _____
Signature of petitioner or representative, including representative's title

Printed name of petitioner

Date signed  ___ / ___ / _____
             MM  /  DD  / YYYY

**Mailing address of petitioner**

Number    Street

City                State           ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name

Number    Street

City        State  ZIP Code

✗ _____
Signature of Attorney

Printed name

Firm name, if any

Number    Street

City                State           ZIP Code

Date signed  ___ / ___ / _____
             MM  /  DD  / YYYY

Contact phone _____ Email _____

✗ _____
Signature of petitioner or representative, including representative's title

Printed name of petitioner

Date signed  ___ / ___ / _____
             MM  /  DD  / YYYY

**Mailing address of petitioner**

Number    Street

City                State           ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name

Number    Street

City                State           ZIP Code

✗ _____
Signature of Attorney

Printed name

Firm name, if any

Number    Street

City                State           ZIP Code

Date signed  ___ / ___ / _____
             MM  /  DD  / YYYY

Contact phone _____ Email _____

Official Form 105                           Involuntary Petition Against an Individual                           page 5